■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD ADAMS, Appellant. [747 NYS2d 361]

The court properly exercised its discretion when it denied defendant's motion to reopen the suppression hearing since the insignificant discrepancy between the ghost officer's trial testimony and the arresting officer's hearing testimony would not have affected the outcome of the hearing (*People v Hardy*, 275 AD2d 656, *lv denied* 96 NY2d 735).

Defendant's claim regarding the court's instruction on "lack of evidence" is unpreserved (*People v Roldos*, 161 AD2d 610, *lv denied* 76 NY2d 864), and we decline to review it in the inter-

est of justice. Were we to review this claim, we would find that even if there were any error, it was harmless in view of the overwhelming evidence of defendant's guilt (*id.*).

We find no basis to disturb the sentence. Concur—Nardelli, J.P., Saxe, Ellerin, Rubin and Friedman, JJ.